IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PROFESSIONAL MASSAGE TRAINING CENTER, INC., <br><br> Plaintiff, <br><br> -v- <br><br> ACCREDITATION ALLIANCE OF CAREER SCHOOLS AND COLLEGES, <br><br> Defendant. | Civil Action No. 1-12-CV-911 |

## ORDER

Before the Court are Defendant's Motion to Clarify the Court's Order, filed on September 21, 2012 (Dkt. No. 53), and Plaintiff's Motion to Enforce Judgment (Dkt. No. 57), also filed on September 21. The subject of these motions is the wording of this Court's order granting a preliminary injunction to the Plaintiff's on September 17, 2012 (Dkt. No. 52). In order to clarify the Court's order, and drawing on language proposed by the parties, it is now **ORDERED**:

1. Defendant's Motion to Clarify (Dkt. No. 53) and Plaintiff's Motion to Enforce (Dkt. No. 57) are **GRANTED** insofar as they request additional guidance from the Court, and otherwise **DENIED**.

2. The Court's Order granting preliminary injunction (Dkt. No. 52) is hereby augmented with the instructions that follow. Where these instructions conflict with the previous order, these instructions govern.

3. Defendant shall withdraw the Commission Decision dated March 7, 2012 and the Appeals Panel Decision dated July 11, 2012, and any other decisions it has issued

revoking Plaintiff's accreditation.

4. Defendant shall reinstate Plaintiff's accreditation subject to the probation status in place prior to the decisions listed above.

5. The Defendant shall include conspicuous language stating that Plaintiff's accreditation status is currently the subject of court action in all notices or communications regarding Plaintiff's accreditation status posted to Defendant's website or otherwise circulated by Defendant during the pendency of this action.

6. Defendant shall refrain from taking further action against Plaintiff during the pendency of this action without first obtaining leave of the Court.

7. Plaintiff shall continue to comply with the *Standards of Accreditation*, including timely submission of reports and payment of fees.

8. Plaintiff shall advise all current students of PMTC, as well as all prospective students considering enrolling PMTC with whom the school communicates, that PMTC's accreditation is under review and may ultimately be revoked.

October 31, 2012
Alexandria, Virginia

/s/ LOG
Liam O'Grady
United States District Judge