

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

PROFESSIONAL MASSAGE TRAINING CENTER,
INC.,

     Plaintiff,

    -v-

ACCREDITATION ALLIANCE OF CAREER
SCHOOLS AND COLLEGES,

)
)
)
)
)
)
)
)
)
)
)

Civil Action No. 1-12-cv-911

### ORDER

   For good cause shown and for the reasons stated in the accompanying Memorandum

Opinion, it is hereby **ORDERED** that

1. The Court finds IN FAVOR OF THE PLAINTIFF on Count I;

2. The Count finds IN FAVOR OF THE DEFENDANT on Counts II, III, IV, V, and VI;

3. The Court awards the Plaintiff $429,016.62 in damages;

4. Defendant's March 2012 decision to revoke Plaintiff's accreditation is VACATED and

  PMTC is to be accorded full accreditation until the next standard review cycle; and

5. Defendant's Motion for Leave to Request Information (Dkt. No. 348) and all other

  pending motions are dismissed as moot. ACCSC may begin the collection of information

  necessary to evaluate PMTC for its next accreditation cycle as it would with any other

  accredited school it supervises.

The Clerk shall enter judgment pursuant to Fed. R. Civ. P. 58.

January 17 2014
Alexandria, Virginia

          /s/
         Liam O'Grady
         United States District Judge