

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

PROFESSIONAL MASSAGE TRAINING CENTER,
INC.

           Plaintiff,

                                          Civil Action: 1:12-cv-911

v.

ACCREDITATION ALLIANCE OF CAREER
SCHOOLS AND COLLEGES,

           Defendant.

## JUDGMENT

Pursuant to the Order of this Court entered on January 17, 2014, and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Plaintiff, Professional Massage Training Center, Inc., on Count I. The Court finds in favor of the Defendant, Accreditation Alliance of Career Schools and Colleges, on Counts II, III, IV, V, and VI. The Court awards the Plaintiff $429,016.62 in damages.

Defendant's March 2012 decision to revoke Plaintiff's accreditation is VACATED and PMTC is to be accorded full accreditation until the next standard review cycle.

                                                              FERNANDO GALINDO, CLERK

                                                              By: _____/s/_____
                                                                    Deputy Clerk

Alexandria, Virginia
January 17, 2014